UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
COURT FILE NO.: 08-cv-6135 (JRT/AJB)

| | |
|---|---|
| Cheryl Skjefte,<br><br>Plaintiff,<br><br>v.<br><br>Valentine & Kebartas, Inc., and Anthony Smith, Individually,<br><br>Defendants. | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |

TO:   DEFENDANTS ABOVE-NAMED AND THEIR ATTORNEYS:

IT IS HEREBY STIPULATED AND AGREED to by the Plaintiff, and her attorneys, and Defendants Valentine & Kebartas, Inc., and Anthony Smith, Individually, that this case shall be and hereby is dismissed with prejudice and on the merits, without costs, attorney's fees or disbursements to any party and that a judgment of dismissal with prejudice may be entered in the above-entitled action pursuant hereto.

Dated: 2.18.09

Attorneys for Plaintiff:

By: /s/ Thomas Lyons
LYONS LAW FIRM, P.A.
Thomas J. Lyons, Sr. (MN #65699)
367 Commerce Court
Vadnais Heights, MN 55127
Telephone: (651) 770-9707

**CONSUMER JUSTICE CENTER, P.A.**
Thomas J. Lyons, Jr. (MN # 249646)
*Admitted Pro Hac Vice*
367 Commerce Court
Vadnais Heights, MN 55127
Telephone: (651) 770-9707

**Representatives/Attorneys for Defendant:**
**Valentine & Kebartas, Inc., and Anthony Smith, Individually**

Dated: 2/18/2009

By: *[signature]*

**Patrick B. Gough**
2701 Hastings Rd
Chatham, IL 62629
Telephone: 1-217-483-2105