# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

___

| | |
|---|---|
| CHERYL SKJEFTE, | Civil No. 08-6135 (JRT/AJB) |
| Plaintiff, | |
| v. | |
| VALENTINE & KEBARTAS, INC. AND ANTHONY SMITH, | **ORDER** |
| Defendants. | |

___

Thomas Lyons, Jr., **CONSUMER JUSTICE CENTER, PA,** 367 Commerce Court, Vadnais Heights, MN 55127, for plaintiff.


This matter came before the Court on the stipulation of dismissal with prejudice filed by all parties on February 18, 2009 [Docket No. 2].

Based upon all of the records, files, proceedings herein, **IT IS HEREBY ORDERED** that this case shall be and hereby is dismissed with prejudice and on the merits, without costs, attorney's fees or disbursements to any party

.

DATED: February 19, 2009
at Minneapolis, Minnesota.

                                                               s/John R. Tunheim
                                                            JOHN R. TUNHEIM
                                                  United States District Judge